William P. Cole, Bar No. 186772
  wcole@calljensen.com
Matthew R. Orr, Bar No. 211097
  morr@calljensen.com
Samuel G. Brooks, Bar No. 272107
  sbrooks@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Attorneys for Defendant Lotus By Johnny Dung, Inc.
f/k/a Jade Lotus Way, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG NGUYEN; THUY TRAN; on Behalf of Themselves and All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>vs.<br><br>LOTUS BY JOHNNY DUNG INC. f/k/a JADE LOTUS WAY, INC., a California corporation,<br><br>Defendant. | Case No.  8:17-cv-01317-JVS-JDE<br><br>**[PROPOSED] ORDER**<br><br><br><br><br><br><br><br>Complaint Filed:   July 31, 2017<br>Trial Date:          None Set |

1       Having considered Defendant Lotus by Johnny Dung, Inc.'s motion to compel,

2  the Court hereby orders Christine Le to comply with the subpoena.

3

4       IT IS SO ORDERED.

5

6  Date:_____          Signed:_____

7                           HON. JOHN D. EARLY

8                           UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28